People v Cassaberry

2026 NY Slip Op 02608

April 28, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,

v

Ameer Cassaberry, Appellant.

Decided and Entered: April 28, 2026

Ind. No. 73002/23|Appeal No. 6479|Case No. 2024-05666|

Before: Webber, J.P., Mendez, Rodriguez, O'Neill Levy, Michael, JJ.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (David J. Klem of counsel), for appellant.

[*1]

Judgment, Supreme Court, New York County (Cori H. Weston, J.), rendered August 14, 2024, convicting defendant, upon his guilty plea, of criminal possession of a weapon in the second degree, and sentencing him to 3½ years imprisonment followed by 2½ years post-release supervision, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed on defendant at sentencing, and otherwise affirmed.

Based on our own interest of justice powers, we vacate the mandatory surcharge and fees imposed on defendant at sentencing (People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: April 28, 2026